**Wayne RESPER, Plaintiff–Appellant,**

v.

**Derek A. BAER, Officer,
Defendant–Appellee.**

No. 13–6703.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 20, 2013.

Decided: Sept. 30, 2013.

Wayne Resper, Appellant pro se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Resper v. Baer,* No. 8:13–cv–00024–PJM (D.Md. Jan. 15 & Mar. 26, 2013). In addition, we note that "in Maryland, following the voluntary dismissal of a civil action without prejudice, a second complaint based upon the same facts still must be filed within the applicable limitations period." *Sheng Bi v. Gibson,* 205 Md.App. 263, 45 A.3d 305, 309 (2012).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Federal courts must apply the forum state's rules for tolling the statute of limitations. *Bd. of Regents v. Tomanio,* 446 U.S. 478, 483–84, 100 S.Ct. 1790, 64 L.Ed.2d 440 (1980).